**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Rogelio Gutierrez-Jimenez,<br><br>    Defendant. | CR-12-551-PHX-NVW<br><br>**DETENTION ORDER** |

    A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on August 8, 2012.

    **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

    **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

    **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

    DATED this 8th day of August, 2012.

                                                                                 Lawrence O. Anderson<br>
                                                                                 United States Magistrate Judge